UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOUIS VENNELL,

    Plaintiff,

        v.                                         CASE NO. 8:14-cv-03189-SCB-TGW

BLUESTEM BRANDS, INC.
d/b/a Fingerhut,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LOUIS VENNELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                    RESPECTFULLY SUBMITTED,

                                  By: /s/ Shireen Hormozdi
                                       Shireen Hormozdi
                                       Krohn & Moss, Ltd
                                       10474 Santa Monica Blvd., Suite 405
                                       Los Angeles, CA 90025
                                       Phone:  (323) 988-2400 ext. 267
                                       Fax:    (866) 861-1390
                                       Attorney for Plaintiff
                                       FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff