**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOUIS VENNELL,

    Plaintiff,

        v.                       CASE NO. 8:14-cv-03189-SCB-TGW

BLUESTEM BRANDS, INC.
d/b/a FINGERHUT,

    Defendant.

_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, LOUIS VENNELL, and

Defendant, BLUESTEM BRANDS, INC d/b/a FINGERHUT, stipulate, and the Court

hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by

Plaintiff, LOUIS VENNELL, against Defendant, BLUESTEM BRANDS, INC d/b/a

FINGERHUT, in the above-captioned proceeding are hereby dismissed, with prejudice,

pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated:  May 5, 2015                      RESPECTFULLY SUBMITTED,

                      By: /s/ Shireen Hormozdi
                         Shireen Hormozdi, Esq.
                         FBN: 0882461
                         Krohn & Moss, Ltd
                         10474 Santa Monica Blvd.,
                         Suite 405
                         Los Angeles, CA 90025
                         Phone:  (323) 988-2400
                         Fax:    (866) 861-1390
                         shormozdi@consumerlawcenter.com
                         Attorney for Plaintiff
                         LOUIS VENNELL

Dated:  May 5, 2015                      RESPECTFULLY SUBMITTED,

                                   By:  /s/ Peter B. King
                                         Peter B. King (FBN: 0057800)
                                         Email: pking@wiandlaw.com
                                         Callan L. Albritton (FBN 105688)
                                         Email: calbritton@wiandlaw.com
                                         WIAND GUERRA KING P.L.
                                         5505 W. Gray Street
                                         Tampa, FL 33609
                                         Phone: (813) 347-5100
                                         Fax: (813) 347-5198
                                         Attorney for Defendant :
                                         BLUESTEM  BRANDS,  INC  d/b/a
                                         FINGERHUT